UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV15-01311-AS | Date | March 7, 2016 |
|---|---|---|---|
| Title | Reynaldo Segura v. Carolyn W. Colvin | | |

Present: The Honorable   Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**          **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On July 2, 2015, Plaintiff Reynaldo Segura filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361 (Docket Entry No. 1). On July 20, 2015, the Court issued an Order Re: Procedures in Social Security Case ("CMO") (Docket Entry No. 7). On January 1, 2016 the parties filed a Stipulation for Extension of Time to file the Parties' Joint Stipulation (Docket Entry No. 14) and the Court extended the filing of the Joint Stipulation until February 24, 2016 (Docket Entry No. 15). As of today, however, the parties' have failed to file their Joint Stipulation or a request for an extension of time in which to do so.

The Court ORDERS the parties' to promptly file the Joint Stipulation within four (4) days of the date of this Order. All other deadlines of the CMO remain in effect.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |