UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| REYNALDO SEGURA,<br><br>        Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. ED CV 15-1311 AS<br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED, without benefits, for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g) consistent with the Opinion filed concurrently herewith.

Dated: May 31, 2016

                                        _____/s/_____
                                                ALKA SAGAR
                               UNITED STATES MAGISTRATE JUDGE